IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-cv-0072

| | |
|---|---|
| KELLY WALKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **THOMAS HEATH WOODARD** |
| ROBERT LAYNE DEESE, MARSH ) | **AND RLI INSURANCE** |
| USA, INC. THOMAS HEATH ) | **COMPANY'S MOTION FOR** |
| WOODARD, DANIEL DEAN ) | **SUMMARY JUDGMENT** |
| SHERRILL, JR. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Defendants Thomas Woodard and RLI Insurance Company hereby move for summary judgment pursuant to Fed. R. Civ. P. 56(a) because there is no genuine issue of material fact, and the Defendants are entitled to judgment as a matter of law. This Motion is based upon the accompanying Brief, the exhibits to the Brief, and upon the court file in this case.

Respectfully submitted: April 23, 2021.

            /s/ Sean F. Perrin
            Sean F. Perrin, N.C. State Bar #22253
            Womble Bond Dickinson (US) L.L.P.
            One Wells Fargo Center, Suite 3500
            301 South College Street
            Charlotte, NC 28202-6025
            Telephone: (704) 331-4992
            Sean.perrin@wbd-us.com
            ***Attorney for Defendants***